**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

MALIBU MEDIA, LLC,

                    Plaintiff,

      v.                             Civil Action No. 1:14-cv-01094-TSE-TRJ

JOHN DOE, subscriber assigned IP address
50.241.144.1,

                    Defendant.

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE OF JOHN DOE**

     **PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action without prejudice. John Doe was assigned the IP address 50.241.144.1. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

     Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

     Dated:  November 7, 2014

                              Respectfully submitted,

                              By:  __/s/ *William E. Tabot*__
                              William E. Tabot PC
                              9248 Mosby Street
                              Manassas, VA 20110-5038
                              Phone: 703-530-7075
                              Email: wetabotesq@wetlawfirm.com
                              *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: _/s/ *William E. Tabot*_____
William E. Tabot